**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Forrest Concrete, LLC | |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's federal Employer Identification Number** (EIN) | 20-4714580 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 79 Mackinlay Way | |
| Number        Street | Number        Street |
| | P.O. Box |
| Ridgeland          SC     29936 | |
| City          State     ZIP Code | City          State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Jasper County | |
| County | Number        Street |
| | |
| | City          State     ZIP Code |

| | | |
|---|---|---|
| **5. Debtor's website** (URL) | www.forrestconcrete.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ | |

Debtor   Forrest Concrete, LLC
         _____     Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
238110

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

         District _____   When _____
                                                          MM  /  DD  / YYYY

         Case number, if known _____

| Debtor | Forrest Concrete, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Debtor   Forrest Concrete, LLC
_____   Case number (if known)_____
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/2023
　　　　　　 MM / DD / YYYY

✖ /s/ Michael P. Forrest
_____
Signature of authorized representative of debtor

Michael P. Forrest
_____
Printed name

Title  Managing Member
_____

**18. Signature of attorney**

✖ /s/ W. Harrison Penn
_____
Signature of attorney for debtor

Date  04/24/2023
　　　 MM / DD / YYYY

W. Harrison Penn
_____
Printed name

McCarthy, Reynolds, & Penn, LLC
_____
Firm name

1517 Laurel Street PO Box 11332 (29211)
_____
Number        Street

Columbia
_____
City

SC          29201
_____      _____
State        ZIP Code

8037718836
_____
Contact phone

hpenn@mccarthy-lawfirm.com
_____
Email address

District Ct. ID #11164
_____
Bar number

SC
_____
State

---

**Fill in this information to identify the case:**

Debtor name    Forrest Concrete, LLC

United States Bankruptcy Court for the:    District of South Carolina

(State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals    **12/15**

**Part 1:    Summary of Assets**

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................................

   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................

   $ _____ 724,975.46

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .............................................................................

   $ _____ 724,975.46

**Part 2:    Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ _____ 970,834.85

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

   $ _____ 810,894.11

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...............................

   +$ _____ 1,206,183.96

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 2,987,912.92

| Fill in this information to identify the case: |
| --- |
| Debtor name _____Forrest Concrete, LLC_____ |
| United States Bankruptcy Court for the: _District of South Carolina_____ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Palmetto State Bank 194 Bluffton Rd., Bluffton, SC, 29910 | | Monies Loaned / Advanced | | | | 340,669.97 |
| 2 | First Bank of Omaha PO Box 3331 Omaha, NE, 68103 | | Credit Card Debt | | | | 35,433.81 |
| 3 | Selective Insurance 40 Wantage Avenue Branchville, NJ, 07890 | | Liability Insurance-Critical Vendor | | | | 34,333.00 |
| 4 | US Bank PO Box 790408 St. Louis, MO, 63179 | | Credit Card Debt | | | | 34,023.15 |
| 5 | FleetCor Fuelman PO Box 1239 Covington, LA, 70434 | | Credit Card Debt | | | | 33,177.29 |
| 6 | Colleton Tile and Concrete, Inc. PO Box 319 Walterboro, SC, 29488 | | Suppliers or Vendors | | | | 27,216.00 |
| 7 | Truist Card Services PO Box 4986 Orlando, FL, 32802 | | Credit Card Debt | | | | 26,907.97 |
| 8 | Knights Ready Mix PO Box 3408 Summerville, SC, 29484 | | Suppliers or Vendors | | | | 24,642.21 |

Debtor    Forrest Concrete, LLC
_____
          Name

Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Allied Concrete Forming 4413 Republic CT NW Concord, NC, 28027 | | Suppliers or Vendors | | | | 24,230.00 |
| 10 | Sweet Gravy Trucking PO Box 7057 Savannah, GA, 31418 | | Suppliers or Vendors | | | | 21,174.29 |
| 11 | Extended Stay of America PO Box 49289 Charlotte, NC, 28277 | | Suppliers or Vendors | | | | 16,847.16 |
| 12 | Southern Rebar & Suppliers 4615 Coster Rd. Knoxville, TN, 37912 | | Suppliers or Vendors | | | | 14,176.13 |
| 13 | Advanced Auto Parts PO Box 742063 Atlanta, GA, 30374 | | Suppliers or Vendors | | | | 13,947.60 |
| 14 | SRM Concrete 1000 Hollingshead Circle Murfreesboro, TN, 37129 | | Suppliers or Vendors | | | | 11,683.52 |
| 15 | Skufca Law PLLC 1514 S. Church Street Suite 101 Charlotte, NC, 28203 | | ILHS Attorneys | | | | 11,515.74 |
| 16 | June & Associates, CPA 99 Main Street Hilton Head Island, SC, 29926 | | CPA Critical Vendor | | | | 11,340.00 |
| 17 | Bridgefield/Summit Insurance PO Box 32034 Lakeland, FL, 33802 | | Workers Comp Insurance | | | | 7,737.12 |
| 18 | Great American Finance 408 E Main Street Bldg. #1 Suite 6 Marshall, MN, 56258 | | Equipment Loan | | | | 7,187.15 |
| 19 | Tropical Trash PO Box 22468 Hilton Head Island, SC, 29925 | | Suppliers or Vendors | | | | 6,377.88 |
| 20 | Espy Lumber Company 3785 Argent Blvd. Ridgeland, SC, 29936 | | Suppliers or Vendors | | | | 5,177.22 |

**Fill in this information to identify the case:**

Debtor name _____Forrest Concrete, LLC_____

United States Bankruptcy Court for the: __District of South Carolina_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Palmetto State Bank | Checking | 8  6  5  4 | $ 24,248.00 |
| 3.2. | See continuation sheet | | | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. — $ 24,248.00

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. Palmetto Electric — $ 300.00
   7.2. _____ $_____

Debtor    Forrest Concrete, LLC
Name    Case number (if known)_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. | $ 300.00

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less: 17,747.10 – 17,747.10 = ........➜ $ 0.00
face amount | doubtful or uncollectible accounts

11b. Over 90 days old: 679,897.34 – 255,796.99 = ........➜ $ 424,100.35
face amount | doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $ 424,100.35

## Part 4:  Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____ _____ $_____

14.2._____ _____ $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1._____ _____% _____ $_____

15.2._____ _____% _____ $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $_____

16.2._____ _____ $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. | $_____

Debtor _____
       Forrest Concrete, LLC
       Name

Case number *(if known)* _____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor    Forrest Concrete, LLC
          _____          Case number (if known)_____
          Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Misc. Office Furniture (desks, chairs, office prints - 3 offices) | $ 1,000.00 | estimate | $ 1,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Copier, 3 desktop computers, 6 HP monitors, server w/ backup | $ 2,500.00 | estimate | $ 2,500.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 3,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    Forrest Concrete, LLC
_____    Case number (if known)_____
Name

---

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  Bobcat E60 | $_____ | Debtor estimate | $ 50,000.00 |
| 47.2  Bobcat T740 | $_____ | Debtor estimate | $ 30,000.00 |
| 47.3  Bobcat T740 | $_____ | Debtor estimate | $ 35,000.00 |
| 47.4  See continuation sheet | $ 102,258.99 | | $ 146,327.11 |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 11,200.00 |

51.  **Total of Part 8.**    $ 272,527.11
Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor _____   Case number (if known)_____

Forrest Concrete, LLC

Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 79 Mackinlay Way Ridgeland SC 29936 | Leasehold interest | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $ 0.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☑ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Website Address<br>_____ | $_____ | estimate | 300.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $ 300.00 |
    |---|

Debtor    Forrest Concrete, LLC
_____    Case number (if known)_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

_____    _____  –  _____  = ➡  $_____
                                     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Forrest Concrete, LLC vs. Cleveland Construction, et al.    $ Unknown

**Nature of claim**    Breach of Contract
**Amount requested**    $ 895,840.38

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

See continuation sheet    $ Unknown

**Nature of claim**    _____
**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    Forrest Concrete, LLC
_____        Case number (if known)_____
Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 24,248.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 300.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 424,100.35 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 272,527.11 | |
| 88. **Real property.** Copy line 56, Part 9. ............................................. ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 300.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. .......................91a. | $ 724,975.46 | 91b. + $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | 724,975.46 | $ 724,975.46 |

| Debtor 1 | Forrest Concrete, LLC | | | Case number (if known)_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| | | | |
|---|---|---|---|
| Coastal State Bank | Checking | | 9063 |
| Balance: 0.00 | | | |
| Coastal States Bank | Checking | | 0232 |
| Balance: 0.00 | | | |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 2022 Ford F150 | 49,132.00 | KBB | 57,593.11 |
| 2019 Ram 1500 | 18,028.99 | KBB | 18,371.00 |
| 2020 Ram 5500 | | KBB | 40,750.00 |
| 2011 Ford 5500 | 3,000.00 | estimate | 3,000.00 |
| 2016 Ram 3500 | 9,000.00 | estimate | 9,000.00 |
| 2019 Ram 1500 | 23,098.00 | KBB | 17,613.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 2022 BendPak Lift XPR-18CL | | estimate | 6,700.00 |
| Trimble T100 Tablet | | estimate | 4,500.00 |

**75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | | |
|---|---|---|---|
| Cleveland Construction, Inc. on CLT Airport | Breach of Contract | 117,684.51 | Unknown |
| Forrest Concrete vs. Balfour Beatty Construction | Unliquidated attorney fees and costs | 25,000.00 | Unknown |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Forrest Concrete, LLC |
| United States Bankruptcy Court for the: | District of South Carolina |
| Case number (If known): | |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial | 2019 Ram 1500 | $ 18,370.62 | $ 18,371.00 |

Creditor's mailing address
Ally Detroit Center
500 Woodward Avenue, Detroit, MI 48226

Creditor's email address, if known

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred

Last 4 digits of account number    5011

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Ally Financial | 2019 Ram 1500 | $23,317.19 | $17,613.00 |

Creditor's mailing address
PO Box 380902
Bloomington, MN 55438

Creditor's email address, if known

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number    5069

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 970,834.85

Debtor    Forrest Concrete, LLC
_____
Name

Case number _(if known)_ _____

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | **Additional Page** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name
Ally Financial
_____

**Creditor's mailing address**

Ally Detroit Center
_____
500 Woodward Avenue, Detroit, MI 48226
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    4959
_____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2020 Ram 5500

$40,749.83    $40,750.00

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** Creditor's name
Ford Credit
_____

**Creditor's mailing address**

9930 Federal Drive
_____
Colorado Springs, CO 80921
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    9726
_____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F150

$58,265.26    $57,593.11

**Describe the lien**
Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Forrest Concrete, LLC
Name

Case number (if known) _____

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
Funding Metrics LLC DBA Lendini

**Describe debtor's property that is subject to a lien**
Accounts Receivable

$ 192,000.00      $ 424,100.35

**Creditor's mailing address**

3220 Tillman Drive
Suite 200, Bensalem, PA 19020

**Creditor's email address, if known**

**Date debt was incurred** 07/21/2022

**Describe the lien**
UCC filed 8/19/2022

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☒ No. Specify each creditor, including this creditor, and its relative priority.

Funding Metrics LLC DBA Lendini, 1st; PIRS Capital, 1st; RDM

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.6** **Creditor's name**
PIRS Capital

**Describe debtor's property that is subject to a lien**
Accounts Receivable

$ 389,717.00      $ 424,100.35

**Creditor's mailing address**

1688 Meridan Avenue
Suite 700, Miami Beach, FL 33139

**Creditor's email address, if known**

**Date debt was incurred** 04/04/2022

**Describe the lien**
UCC filed 9/15/2022

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☒ Yes. The relative priority of creditors is specified on lines 2.3

---

Debtor    Forrest Concrete, LLC
Name _____    Case number _(if known)_____

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.7

**Creditor's name**
RDM Capital Funding LLC DBA FinTap

**Creditor's mailing address**

777 Passaic Avenue
Suite 375, Cliffton, NJ 07012

**Creditor's email address, if known**

**Date debt was incurred**    05/24/2022
**Last 4 digits of account number**    0003

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☑ Yes. The relative priority of creditors is specified on lines  2.3

**Describe debtor's property that is subject to a lien**

Accounts Receivable

$178,517.00    $424,100.35

**Describe the lien**

UCC filed 8/30/2022

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.8

**Creditor's name**
Wells Fargo Financial

**Creditor's mailing address**

420 Montgomery Street
San Francisco, CA 94104

**Creditor's email address, if known**

**Date debt was incurred**    _____
**Last 4 digits of account number**    0006

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bobcat E60

$40,399.95    $50,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  Forrest Concrete, LLC
_____  Case number (if known)_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9** Creditor's name
Wells Fargo Financial

**Describe debtor's property that is subject to a lien**

Bobcat T740                                    $13,281.00    $35,000.00

**Creditor's mailing address**

420 Montgomery Street
San Francisco, CA 94104

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** Creditor's name
Wells Fargo Financial

**Describe debtor's property that is subject to a lien**

Bobcat T740                                    $16,217.00    $30,000.00

**Creditor's mailing address**

420 Montgomery Street
San Francisco, CA 94104

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 0005

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Forrest Concrete, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ford Credit c/o National Bankruptcy Service<br>PO Box 62180<br>Colorado Springs, CO, 80962 | Line 2. _4_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Forrest Concrete, LLC

United States Bankruptcy Court for the:    District of South Carolina

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Andre Nash
843 Rocking Horse Lane
Bluffton, SC, 29910

As of the petition filing date, the claim is:    $ 1,031.11    $ 1,031.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

**2.2** Priority creditor's name and mailing address
Day Labor
c/o 79 Mackinlay Way
Ridgeland, SC, 29936

As of the petition filing date, the claim is:    $ 3,476.00    $ 3,476.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

**2.3** Priority creditor's name and mailing address
Federico Paramo-Mercado
65 Bufflehead Lane
Bluffton, SC, 29910

As of the petition filing date, the claim is:    $ 965.14    $ 965.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4  )

Debtor _____
Name Forest Concrete, LLC

Case number (if known) _____

## Part 1.    Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

### 2.4  Priority creditor's name and mailing address

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA, 19101-7346

**Total claim:** $ 776,439.40
**Priority amount:** $ 776,439.40

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020 (941)

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  4580

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.5  Priority creditor's name and mailing address

Jasper County Treasurer
Attn:  Verna Garvin
358 3rd Avenue
Ridgeland, SC, 29936

**Total claim:** $ 740.97
**Priority amount:** $ 740.97

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  9231

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.6  Priority creditor's name and mailing address

Jasper County Treasurer
Attn:  Verna Garvin
358 3rd Avenue
Ridgeland, SC, 29936

**Total claim:** $ 652.81
**Priority amount:** $ 652.81

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  4231

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

### 2.7  Priority creditor's name and mailing address

Jasper County Treasurer
Attn:  Verna Garvin
358 3rd Avenue
Ridgeland, SC, 29936

**Total claim:** $ 7,155.17
**Priority amount:** $ 7,155.17

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**  9224

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor _____Forrest Concrete, LLC_____    Case number _(if known)_ _____
        Name

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.8  Priority creditor's name and mailing address**    $ 6,484.54    $ 6,484.54

Jasper County Treasurer
Attn:  Verna Garvin
358 3rd Avenue
Ridgeland, SC, 29936

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   0015

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.9  Priority creditor's name and mailing address**    $ 1,876.71    $ 1,876.71

Jasper County Treasurer
Attn:  Verna Garvin
358 3rd Avenue
Ridgeland, SC, 29936

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2023

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   0014

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.10  Priority creditor's name and mailing address**    $ 1,280.57    $ 1,280.57

John L. Forrest
12309 Bells Highway
Ruffin, SC, 29475

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.11  Priority creditor's name and mailing address**    $ 600.00    $ 600.00

Marisa Goodrich
5 Charles Cross Way
No. 7219
Bluffton, SC, 29910

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor    Forrest Concrete, LLC
     Name

Case number *(if known)*

---

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

**2.¹² Priority creditor's name and mailing address**
Robert Trotter
104 Central 7th Street
Santa Rosa Beach, FL, 32459

$ 1,200.37      $ 1,200.37

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.¹³ Priority creditor's name and mailing address**
SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC, 29210

$ 3,433.39      $ 3,433.39

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2022

**Last 4 digits of account number** 7256

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.¹⁴ Priority creditor's name and mailing address**
See Attached Schedule E/F: Part 1

$ 3,757.93      $ 3,757.93

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2020 (941)

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.¹⁵ Priority creditor's name and mailing address**
Teresa Forrest
21 Charles Cross Way
No. 5218
Bluffton, SC, 29910

$ 1,800.00      $ 1,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Wages, Salaries, Commissions

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor _____    Case number _(if known)_____
        Forest Concrete, LLC
        Name

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Advanced Auto Parts
PO Box 742063

Atlanta, GA, 30374

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,947.60

Date or dates debt was incurred    08/31/2021
Last 4 digits of account number    8139

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Allied Concrete Forming
4413 Republic CT NW

Concord, NC, 28027

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 24,230.00

Date or dates debt was incurred    05/01/2020
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Bobcat
Bobcat C/O Interstate Billing Services
PO Box 2250

Decatur, AL, 35609

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 147.10

Date or dates debt was incurred    08/05/2021
Last 4 digits of account number    8154

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
BP Business Solutions
PO Box 1239

Covington, LA, 70434

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 2,066.08

Date or dates debt was incurred    05/2022
Last 4 digits of account number    1342

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Bridgefield/Summit Insurance
PO Box 32034

Lakeland, FL, 33802

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Comp Insurance

$ 7,737.12

Date or dates debt was incurred    01/19/2023
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Brundage Bone Concrete Pumping
PO Box 7767

Charlotte, NC, 28241

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,912.00

Date or dates debt was incurred    07/15/2020
Last 4 digits of account number    _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Forest Concrete, LLC
        Name

                                                                    Case number (if known)

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7**  Nonpriority creditor's name and mailing address

Building Point Southeast
PO Box 30666

Charlotte, NC, 28230

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,588.86

Date or dates debt was incurred    12/10/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.8**  Nonpriority creditor's name and mailing address

Colleton Tile and Concrete, Inc.
PO Box 319
Walterboro, SC, 29488

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 27,216.00

Date or dates debt was incurred    03/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.9**  Nonpriority creditor's name and mailing address

Colonial Fuel and Lubricant Services, Inc.
PO Box 576

Savannah, GA, 31415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 350.00

Date or dates debt was incurred    06/07/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    1174

---

**3.10**  Nonpriority creditor's name and mailing address

Complete Network
14 Corporate Woods Blvd.
Suite 217
Albany, NY, 12211

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 3,705.47

Date or dates debt was incurred    12/01/2021

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.11**  Nonpriority creditor's name and mailing address

Contractors Depot
9 Telfair Place Unit F

Savannah , GA, 31415

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 0.00

Date or dates debt was incurred    10/25/2022

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    3

---

Debtor _____Forrest Concrete, LLC_____    Case number _(if known)_____
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Dorsey Tire Company
PO Box 1387

Savannah, GA,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

| Date or dates debt was incurred | 10/07/2021 |
| Last 4 digits of account number | 2727 |

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,916.69

---

**3.13** Nonpriority creditor's name and mailing address

Espy Lumber Company
3785 Argent Blvd.

Ridgeland, SC, 29936

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

| Date or dates debt was incurred | 07/06/2022 |
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,177.22

---

**3.14** Nonpriority creditor's name and mailing address

Extended Stay of America
PO Box 49289

Charlotte, NC, 28277

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Suppliers or Vendors

| Date or dates debt was incurred | 02/06/2022 |
| Last 4 digits of account number | |

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,847.16

---

**3.15** Nonpriority creditor's name and mailing address

First Bank of Omaha
PO Box 3331

Omaha, NE, 68103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

| Date or dates debt was incurred | |
| Last 4 digits of account number | 9935 |

Is the claim subject to offset?
☑ No
☐ Yes

$ 35,433.81

---

**3.16** Nonpriority creditor's name and mailing address

First Bank of Omaha
PO Box 3331

Omaha, NE, 68103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

| Date or dates debt was incurred | |
| Last 4 digits of account number | 8813 |

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,233.21

---

Debtor  Forrest Concrete, LLC
        Name                                              Case number *(if known)*

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.17** **Nonpriority creditor's name and mailing address**

First Bank of Omaha
PO Box 3331

Omaha, NE, 68103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 29,255.07

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    7216

---

**3.18** **Nonpriority creditor's name and mailing address**

FleetCor Fuelman
PO Box 1239

Covington, LA, 70434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 33,177.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    06/21/2021

Last 4 digits of account number    R8MF

---

**3.19** **Nonpriority creditor's name and mailing address**

Gaster Lumber & Hardware
3051 Plantation Drive

Hardeville, SC, 29927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,294.56

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    06/29/2022

Last 4 digits of account number    R007

---

**3.20** **Nonpriority creditor's name and mailing address**

Grayco
PO Box 1048

Beaufort, SC, 29901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,773.20

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    08/23/2022

Last 4 digits of account number    _____

---

**3.21** **Nonpriority creditor's name and mailing address**

Great American Finance
408 E Main Street Bldg. #1
Suite 6
Marshall, MN, 56258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Loan

$ 3,699.80

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    06/10/2021

Last 4 digits of account number    7191

---

Debtor    Forrest Concrete, LLC
Name

Case number *(if known)*

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 22    **Nonpriority creditor's name and mailing address**

Great American Finance
408 E Main Street Bldg. #1
Suite 6
Marshall, MN, 56258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Loan

Date or dates debt was incurred    03/15/2022
Last 4 digits of account number    0782

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,187.15

---

**3.** 23    **Nonpriority creditor's name and mailing address**

HD Supply
PO Box 4852

Orlando, FL, 32802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    06/29/2022
Last 4 digits of account number    4000

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,026.36

---

**3.** 24    **Nonpriority creditor's name and mailing address**

Herc Rentals
27500 Riverview Center Blvd.

Bonita Springs, FL, 34134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    06/04/2022
Last 4 digits of account number    8385

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,414.17

---

**3.** 25    **Nonpriority creditor's name and mailing address**

Heyden Supply LLC
375 James Rd.

Alpharetta, GA, 30004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    08/25/2022
Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,382.16

---

**3.** 26    **Nonpriority creditor's name and mailing address**

John L. Forrest
12309 Bells Highway
Ruffin, SC, 29475

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans to the company

Date or dates debt was incurred
Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,000.00

---

Debtor **Forrest Concrete, LLC**
Name

Case number *(if known)*

| | |
|---|---|
| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** **27** **Nonpriority creditor's name and mailing address**

June & Associates, CPA
99 Main Street

Hilton Head Island, SC, 29926

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CPA Critical Vendor

**$ 11,340.00**

Date or dates debt was incurred    09/15/2021

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **28** **Nonpriority creditor's name and mailing address**

Knights Ready Mix
PO Box 3408

Summerville, SC, 29484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 24,642.21**

Date or dates debt was incurred

Last 4 digits of account number    2141

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **29** **Nonpriority creditor's name and mailing address**

Low Country Pavers
PO Box 485
Hardeeville, SC, 29927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 0.00**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **30** **Nonpriority creditor's name and mailing address**

Michael P. Forrest
12761 152nd Avenue
Fremont, MI, 49413

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loans to the company

**$ 84,972.00**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** **31** **Nonpriority creditor's name and mailing address**

Mobile Modular Portable Storage
5700 Las Positas Rd.

Livermore, CA, 94551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$ 1,405.00**

Date or dates debt was incurred    05/15/2022

Last 4 digits of account number    5096

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Forest Concrete, LLC
        Name

Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 32** Nonpriority creditor's name and mailing address

Murray Sand Company, Inc.
145 Checkerboard Rd.

Summerville, SC, 29483

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 3,400.49

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    12/10/2021
Last 4 digits of account number    F047

---

**3. 33** Nonpriority creditor's name and mailing address

Palmetto Security Systems
172 Mead Rd. Ste B

Hardeville, SC, 29927

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security System Monitoring and Repairs

$ 587.95

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    08/30/2022
Last 4 digits of account number    2847

---

**3. 34** Nonpriority creditor's name and mailing address

Palmetto State Bank
194 Bluffton Rd.,

Bluffton, SC, 29910

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 340,669.97

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    10/01/2022
Last 4 digits of account number    1202

---

**3. 35** Nonpriority creditor's name and mailing address

Palmetto State Bank
194 Bluffton Rd.,

Bluffton, SC, 29910

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Debt Guaranty

$ 240,000.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    09/24/2022
Last 4 digits of account number    _____

---

**3. 36** Nonpriority creditor's name and mailing address

Platinum Materials
365 Langston Chapel Rd.

Statesboro, GA, 30458

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,002.00

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    05/20/2022
Last 4 digits of account number    1878

---

Debtor    Forest Concrete, LLC
         Name

Case number (if known)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37 Nonpriority creditor's name and mailing address**

Pro Contractor Supply
3917 Old Flowery Branch Rd.

Oakwood, GA, 30556

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,000.00

Date or dates debt was incurred    09/09/2011
Last 4 digits of account number    RE-1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38 Nonpriority creditor's name and mailing address**

Ricoh USA C/O Wells Fargo Vendor Financial
Services
PO Box 740540

Atlanta , GA, 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,630.86

Date or dates debt was incurred    09/16/2022
Last 4 digits of account number    2025

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39 Nonpriority creditor's name and mailing address**

River Road Ready Mix Products, Inc.
PO Box 830525
Dept R52
Birmingham, AL, 35283-0525

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,159.54

Date or dates debt was incurred    3/31/2023
Last 4 digits of account number    

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40 Nonpriority creditor's name and mailing address**

Rosco
98 Riverwalk Blvd.

Ridgeland, SC, 29936

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 667.25

Date or dates debt was incurred    03/15/2022
Last 4 digits of account number    

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41 Nonpriority creditor's name and mailing address**

Selective Insurance
40 Wantage Avenue

Branchville, NJ, 07890

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability Insurance-Critical Vendor

$ 34,333.00

Date or dates debt was incurred    02/01/2023
Last 4 digits of account number    1236

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Forest Concrete, LLC
        Name

Case number *(if known)*

---

## Part 2:    Additional Page

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** 42 | **Nonpriority creditor's name and mailing address**

Skufca Law PLLC
1514 S. Church Street
Suite 101
Charlotte, NC, 28203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ILHS Attorneys

$ 11,515.74

| | |
|---|---|
| **Date or dates debt was incurred** | 10/21/2022 |
| **Last 4 digits of account number** | 1450 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 43 | **Nonpriority creditor's name and mailing address**

Southern Rebar & Suppliers
4615 Coster Rd.

Knoxville, TN, 37912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 14,176.13

| | |
|---|---|
| **Date or dates debt was incurred** | 04/30/2021 |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 44 | **Nonpriority creditor's name and mailing address**

SRM Concrete
1000 Hollingshead Circle

Murfreesboro, TN, 37129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 11,683.52

| | |
|---|---|
| **Date or dates debt was incurred** | 06/01/2022 |
| **Last 4 digits of account number** | 0327 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 45 | **Nonpriority creditor's name and mailing address**

Superior Heating & Air
36 Persimmons Rd.
Suite 202
Bluffton, SC, 29910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,142.90

| | |
|---|---|
| **Date or dates debt was incurred** | 07/28/2021 |
| **Last 4 digits of account number** | 8368 |

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.** 46 | **Nonpriority creditor's name and mailing address**

Sweet Gravy Trucking
PO Box 7057

Savannah, GA, 31418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 21,174.29

| | |
|---|---|
| **Date or dates debt was incurred** | 05/12/2020 |
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Forrest Concrete, LLC
        Name

Case number (if known)

## Part 2:  Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3. 47**  Nonpriority creditor's name and mailing address

TEG Enterprises, Inc.
107 Gass Drive
Greeneville, TN, 37745

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

$ 506.76

Date or dates debt was incurred    04/19/2022

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 48**  Nonpriority creditor's name and mailing address

Teresa Forrest
12 Charles Cross Way
Unit 5218
Bluffton, SC

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Loans to the company

$ 15,017.00

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 49**  Nonpriority creditor's name and mailing address

Tropical Trash
PO Box 22468
Hilton Head Island, SC, 29925

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 6,377.88

Date or dates debt was incurred    03/02/2023

Last 4 digits of account number

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 50**  Nonpriority creditor's name and mailing address

Truist Card Services
PO Box 4986

Orlando, FL, 32802

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 26,907.97

Date or dates debt was incurred

Last 4 digits of account number    8433

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3. 51**  Nonpriority creditor's name and mailing address

US Bank
PO Box 790408

St. Louis, MO, 63179

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Credit Card Debt

$ 34,023.15

Date or dates debt was incurred

Last 4 digits of account number    0366

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor  Forrest Concrete, LLC
Name

Case number *(if known)*

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3. 52** Nonpriority creditor's name and mailing address

Verizon
One Verizon Way
Mail Code:180WVB
Basking Ridge, NJ, 07920

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    03/09/2023
Last 4 digits of account number    7543

$ 373.09

---

**3. 53** Nonpriority creditor's name and mailing address

Waste Management Services
PO Box 43290

Phoenix, AZ, 85080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trash/Roll Off

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    10/18/2021
Last 4 digits of account number    3005

$ 3,756.58

---

**3. 54** Nonpriority creditor's name and mailing address

World Diamond Source
2987 Center Port Circle
Suite 4 & 5
Pompano Beach, FL, 33064

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$ 3,000.00

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$

---

**3.____** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred
Last 4 digits of account number

$

---

Debtor _____  Case number _____
        Forest Concrete, LLC                              (if known)
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | AGA for Advanced Auto<br>740 Walt Whitman Road<br>Melville, NY, 11747 | Line 3.1<br>☐ Not listed. Explain: | _____ |
| 4.2. | Altus Receivable Manager for BP Mastercard<br>PO Box 1389<br>Kenner, LA, 70063-1389 | Line 3.4<br>☐ Not listed. Explain | 6322 |
| 4.3. | Caine & Weiner for Extended Stay America<br>PO Box 55848<br>Sherman Oaks, CA, 91413 | Line 3.14<br>☐ Not listed. Explain | 4387 |
| 4.4. | Clarkson and Hale, LLC<br>PO Box 287<br>1044 Wildwood Center Drive<br>Columbia, SC, 29202 | Line 3.15<br>☐ Not listed. Explain | _____ |
| 41. | FleetCor Fuelman<br>c/o John C. Williams & Associates<br>1612 Northeast Expressway<br>Atlanta, GA, 30329 | Line 3.18<br>☐ Not listed. Explain | _____ |
| 4.5. | Internal Revenue Service<br>Centralized Insolvency Operations<br>2970 Market Street, Mail Stop 5-Q30 133<br>Philadelphia, PA, 19104 | Line 2.4<br>☐ Not listed. Explain | _____ |
| 4.6. | Law Office of Mark A. Kirkorsky<br>1119 W. Southern Avenue<br>Suite 200<br>Mesa, AZ, 85210 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 4.7. | Lee Wittenberg Harritt Hoefer & Davis, PA<br>207 N. Washington Street<br>PO Box 730<br>Sumter, SC, 29151 | Line 3.53<br>☐ Not listed. Explain | _____ |
| 4.8. | Levy, Diamond, Bello & Associates<br>PO Box 352<br>Milford, CT, 06460-0352 | Line 3.53<br>☐ Not listed. Explain | 9298 |
| 4.9. | McCorkle, Johnson & McCoy, LLP<br>319 Tattnall Street<br>Savannah, GA, 31401 | Line 3.44<br>☐ Not listed. Explain | _____ |
| 4.10. | Minor, Haight & Arubdell, PC<br>1000 William Hilton Parkway<br>Suite 203<br>Hilton Head Island, SC, 29938 | Line 3.13<br>☐ Not listed. Explain | _____ |
| 4.11. | Pucin & Friedland<br>935 National Parkway<br>Suite 40<br>Schaumburg, IL, 60173 | Line 3.14<br>☐ Not listed. Explain | 9980 |

Debtor _____
        Forest Concrete, LLC
        Name

Case number _____
            (if known)

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 VeriCore<br>10115 Kincey Avenue<br>Suite 100<br>Huntersville, NC, 28078 | Line 3.54<br>☐ Not listed. Explain | 1568 |
| 4.14 Williams, Buyck & Williams<br>PO Box 1909<br>Florence, SC, 29503 | Line 3.1<br>☐ Not listed. Explain | 0367 |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |
| 4.__ | Line ____<br>☐ Not listed. Explain | |

Debtor    Forrest Concrete, LLC
         Name

Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 810,894.11 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,206,183.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,017,078.07 |

**Fill in this information to identify the case:**

Debtor name ____Forrest Concrete, LLC____

United States Bankruptcy Court for the: ___District of South Carolina___

Case number (If known): _____    Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> Lease on 79 Mackinlay Way <br> Lessor <br><br> **State the term remaining** <br> Month to Month (Debtor pays all expenses) <br><br> **List the contract number of any government contract** | Mackinlay Way, LLC <br> c/o Michael P. Forrest <br> 12761 152nd Avenue <br> Grand Haven, MI, 49413 |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.3** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.4** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |
| **2.5** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name _Forrest Concrete, LLC_

United States Bankruptcy Court for the: _District of South Carolina_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | PIRS Capital | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br><br>Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Ally Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br><br>Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Ally Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.4<br><br>Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Ally Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.5<br><br>Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Wells Fargo Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.6<br><br>Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Wells Fargo Financial | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Forrest Concrete, LLC
_____
          Name

Case number (if known)_____

---

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Wells Fargo Financial | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | First Bank of Omaha | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | First Bank of Omaha | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | First Bank of Omaha | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Truist Card Services | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | US Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | SRM Concrete | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Knights Ready Mix | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Forrest Concrete, LLC
_____
Name

Case number (if known)_____



**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Teresa Forrest | Teresa Forrest<br>12 Charles Cross Way<br>Unit 5218<br>Bluffton, SC 29910 | Dorsey Tire Company | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | SC Department of Revenue | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 Michael J. Forrest | Michael J. Forrest<br>361 NE 26th Street<br>Pompano Beach, FL 33064 | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Espy Lumber Company | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Funding Metrics LLC DBA Lendini | ☑ D<br>☐ E/F<br>☐ G |
| 2.20 Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | RDM Capital Funding LLC DBA FinTap | ☑ D<br>☐ E/F<br>☐ G |
| 2.21 Michael P. Forrest | Michael P. Forrest<br>12761 152nd Avenue<br>Grand Haven, MI 49413 | Internal Revenue Service | ☐ D<br>☑ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Forrest Concrete, LLC___

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other | $ 306,286.76 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 1,699,473.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 5,890,096.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | | $ 0.00 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | Sale of 2 Vehicles | 54,632.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | | $ 0.00 |

Debtor    Forrest Concrete, LLC
_____    Case number *(if known)*_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Knights Ready Mix<br>Creditor's name<br>PO Box 3408<br>Summerville, SC 29484 | 03/03/2023<br>02/13/2023<br>02/07/2023 | $ 14,546.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Low Country Pavers<br>Creditor's name<br>PO Box 485<br>Hardeeville, SC 29927 | 04/07/2023<br>04/18/2023 | $ 13,063.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Mackinlay Way<br>Insider's name<br><br>Relationship to debtor<br>Insider/Sister Company | 03/2022<br><br>03/2023 | $ 36,958.83 | Rent/Mortgage Payments |
| 4.2. | Insider's name<br><br><br>Relationship to debtor | | $ | |

| Debtor | Forrest Concrete, LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|
|        | Name                 |                          |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Epsy Lumber Company, Inc. vs. Forrest Concrete, LLC, et al. | Collection of Debt/Failure to Pay | Beaufort County Magistrate's Court (Bluffton) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2023CV0710300176 | | 4819 Bluffton Parkway<br>Bluffton, SC 29910-0840 | |
| 7.2. | **Case title**<br>First National Bank of Omaha vs. Forrest Concrete, LLC and Michael Forrest | Collection of Debt/Failure to Pay | **Court or agency's name and address**<br>Jasper County Court of Common Pleas | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2023CP2700067 | | 265 Russell Street<br>Ridgeland, SC 29936 | |

---

| Debtor | Forrest Concrete, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:  Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:  Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

| Debtor | Forrest Concrete, LLC | Case number (if known) |
|--------|----------------------|------------------------|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | McCarthy, Reynolds, & Penn, LLC | | 03/2023 | $ 20,000.00 |
| | **Address** | | | |
| | 1517 Laurel Street Columbia, SC 29201 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor      Forrest Concrete, LLC _____     Case number *(if known)*_____
_____Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 7:** | **Previous Locations** |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____   To _____ |
| 14.2. | | From _____   To _____ |

---

| Debtor | Forrest Concrete, LLC | Case number *(if known)* |
|--------|------------------------|--------------------------|
|        | Name |  |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Forrest Concrete, LLC
_____    Case number (if known)_____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Coastal State Bank<br>Name | XXXX– 9063 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 10/22/2022 | $ 0.00 |
| 18.2. | Coastal States Bank<br>Name | XXXX– 0232 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 11/30/2022 | $ 0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Forrest Concrete, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | | | _____ |
| Name | Name | | |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **9**

| Debtor | Forrest Concrete, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    Forrest Concrete, LLC
_____    Case number (*if known*)_____
Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Teresa Forrest<br>Name<br>12 Charles Cross Way, Unit 5218, Bluffton, SC  29910 | From 04/01/2021<br>To _____ |
| 26a.2.  Lora Lewis<br>Name<br>c/o Camille Graham Correction Center, 4450 Broad River Rd., Columbia, SC  29210 | From 10/01/2019<br>To 04/01/2021 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Pamela June<br>Name<br>99 Main Street, Hilton Head Island, SC  29926 | From 05/01/2007<br>To 12/31/2021 |
| 26b.2.  <br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  <br>Name | |

---

Debtor    Forrest Concrete, LLC
_____
Name

Case number *(if known)*_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

Debtor    Forrest Concrete, LLC
_____    Case number *(if known)*_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.  _____
Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Michael P. Forrest | 12761 152nd Avenue, Grand Haven, MI 49417 | Managing Member | 100.00 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Michael J. Forrest | 361 NE 26th Street, Pompano Beach, FL  33064 | Operations Manager | 12/01/2020 To 07/23/2022 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor    Forrest Concrete, LLC
_____    Case number *(if known)*_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | | |
| Name | | |
| | | |
| | | |
| | | |
| Relationship to debtor | | |
| | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/24/2023
              MM  / DD  / YYYY

✘ /s/ Michael P. Forrest                              Printed name  Michael P. Forrest
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

Debtor Name    Forrest Concrete, LLC

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| Tropical Trash, PO Box 22468, Hilton Head Island, SC 29925 | $8,031.55 | Suppliers or vendors |
| River Road Ready Mix Products, Inc., PO Box 830525 Dept R52, Birmingham, AL 35283-0525 | $16,118.72 | Suppliers or vendors |
| Colleton Tile and Concrete, Inc., PO Box 319, Walterboro, SC 29488 | $27,021.60 | Suppliers or vendors |

**7) Legal Actions**

First National Bank of Omaha vs. Forrest Concrete, LLC and Michael Forrest

2023CP2700068

Collection of Debt/Failure to Pay

Jasper County Court of Common Pleas

265 Russell Street, Ridgeland, SC 29936

Pending

-------

First National Bank of Omaha vs. Forrest Concrete, LLC and Michael Forrest

2023CP2700066

Collection of Debt/Failure to Pay

Jasper County Court of Common Pleas

265 Russell Street, Ridgeland, SC 29936

Pending

-------

Smyrna Ready Mix Concrete, LLC vs. Forrest Concrete, LLC and Michael Forrest

2022CP2700542

Motion/Default Judgment

Jasper County Court of Common Pleas

265 Russell Street, Ridgeland, SC 29936

Pending

-------

Debtor Name    Forrest Concrete, LLC

Case number *(if known)*

## Continuation Sheet for Official Form 207

> **Fill in this information to identify the case and this filing:**
>
> Debtor Name ___Forrest Concrete, LLC_____
>
> United States Bankruptcy Court for the: ___District of South Carolina____
>
> Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/24/2023___          ✘ /s/ Michael P. Forrest
　　　　　　　　MM / DD / YYYY            _____
　　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　Michael P. Forrest
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　Managing Member
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

United States Bankruptcy Court

District of South Carolina

In re:  Forrest Concrete, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/24/2023_____

/s/ Michael P. Forrest
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

Advanced Auto Parts
PO Box 742063
Atlanta, GA 30374

AGA for Advanced Auto
740 Walt Whitman Road
Melville, NY 11747

Allied Concrete Forming
4413 Republic CT NW
Concord, NC 28027

Ally Financial
Ally Detroit Center
500 Woodward Avenue
Detroit, MI 48226

Ally Financial
PO Box 380902
Bloomington, MN 55438

Altus Receivable Manager for BP Mastercard
PO Box 1389
Kenner, LA 70063-1389

Andre Nash
843 Rocking Horse Lane
Bluffton, SC 29910

Bobcat
PO Box 2250
Decatur, AL 35609

BP Business Solutions
PO Box 1239
Covington, LA 70434

Bridgefield/Summit Insurance
PO Box 32034
Lakeland, FL 33802

Brundage Bone Concrete Pumping
PO Box 7767
Charlotte, NC 28241

Building Point Southeast
PO Box 30666
Charlotte, NC 28230

Caine & Weiner for Extended Stay America
PO Box 55848
Sherman Oaks, CA 91413

Clarkson and Hale, LLC
PO Box 287
1044 Wildwood Center Drive
Columbia, SC 29202

Colleton Tile and Concrete, Inc.
PO Box 319
Walterboro, SC 29488

Colonial Fuel and Lubricant Services, Inc.
PO Box 576
Savannah, GA 31415

Complete Network
14 Corporate Woods Blvd.
Suite 217
Albany, NY 12211

Contractors Depot
9 Telfair Place Unit F
Savannah , GA 31415

Dorsey Tire Company
PO Box 1387
Savannah, GA

Epsy Lumber Company, Inc.
c/o Ehrick K. Haight, Jr.
PO Drawer 6067
Hilton Head Island, SC 29938

Espy Lumber Company
3785 Argent Blvd.
Ridgeland, SC 29936

Extended Stay of America
PO Box 49289
Charlotte, NC 28277

Federico Paramo-Mercado
65 Bufflehead Lane
Bluffton, SC 29910

First Bank of Omaha
PO Box 3331
Omaha, NE 68103

First National Bank of Omaha
c/o Jennifer L. DeMarco, Esq.
PO Box 287
Columbia, SC 29202

First National Bank of Omaha
c/o S. Elias Fain, Esq.
PO Box 287
Columbia, SC 29202

FleetCor Fuelman
PO Box 1239
Covington, LA 70434

FleetCor Fuelman
c/o John C. Williams & Associates
1612 Northeast Expressway
Atlanta, GA 30329

Ford Credit
9930 Federal Drive
Colorado Springs, CO 80921

Ford Credit c/o National Bankruptcy Service
PO Box 62180
Colorado Springs, CO 80962

Funding Metrics LLC DBA Lendini
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

Gaster Lumber & Hardware
3051 Plantation Drive
Hardeville, SC 29927

Grayco
PO Box 1048
Beaufort, SC 29901

Great American Finance
408 E Main Street Bldg. #1
Suite 6
Marshall, MN 56258

HD Supply
PO Box 4852
Orlando, FL 32802

Herc Rentals
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

Heyden Supply LLC
375 James Rd.
Alpharetta, GA 30004

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
2970 Market Street, Mail Stop 5-Q30 133
Philadelphia, PA 19104

Jasper County Treasurer
Attn:  Verna Garvin
358 3rd Avenue
Ridgeland, SC 29936

John L. Forrest
12309 Bells Highway
Ruffin, SC 29475

June & Associates, CPA
99 Main Street
Hilton Head Island, SC 29926

Knights Ready Mix
PO Box 3408
Summerville, SC 29484

Law Office of Mark A. Kirkorsky
1119 W. Southern Avenue
Suite 200
Mesa, AZ 85210

Lee Wittenberg Harritt Hoefer & Davis, PA
207 N. Washington Street
PO Box 730
Sumter, SC 29151

Levy, Diamond, Bello & Associates
PO Box 352
Milford, CT 06460-0352

Low Country Pavers
PO Box 485
Hardeeville, SC 29927

Mackinlay Way, LLC
c/o Michael P. Forrest
12761 152nd Avenue
Grand Haven, MI 49413

Marisa Goodrich
5 Charles Cross Way
No. 7219
Bluffton, SC 29910

McCorkle, Johnson & McCoy, LLP
319 Tattnall Street
Savannah, GA 31401

Michael J. Forrest
361 NE 26th Street
Pompano Beach, FL 33064

Michael P. Forrest
12761 152nd Avenue
Grand Haven, MI 49413

Minor, Haight & Arubdell, PC
1000 William Hilton Parkway
Suite 203
Hilton Head Island, SC 29938

Mobile Modular Portable Storage
5700 Las Positas Rd.
Livermore, CA 94551

Murray Sand Company, Inc.
145 Checkerboard Rd.
Summerville, SC 29483

Palmetto Security Systems
172 Mead Rd. Ste B
Hardeville, SC 29927

Palmetto State Bank
194 Bluffton Rd.,
Bluffton, SC 29910

PIRS Capital
1688 Meridan Avenue
Suite 700
Miami Beach, FL 33139

Platinum Materials
365 Langston Chapel Rd.
Statesboro, GA 30458

Pro Contractor Supply
3917 Old Flowery Branch Rd.
Oakwood, GA 30556

Pucin & Friedland
935 National Parkway
Suite 40
Schaumburg, IL 60173

RDM Capital Funding LLC DBA FinTap
777 Passaic Avenue
Suite 375
Cliffton, NJ 07012

Ricoh USA C/O Wells Fargo Vendor Financial Se
PO Box 740540
Atlanta , GA 30374

River Road Ready Mix Products, Inc.
PO Box 830525
Dept R52
Birmingham, AL 35283-0525

Robert Trotter
104 Central 7th Street
Santa Rosa Beach, FL 32459

Rosco
98 Riverwalk Blvd.
Ridgeland, SC 29936

SC Department of Revenue
Office of General Counsel
300A Outlet Pointe Boulevard
Columbia, SC 29210

SC DEW
P.O. Box 995
Columbia, SC 29202-0995

Selective Insurance
40 Wantage Avenue
Branchville, NJ 07890

Skufca Law PLLC
1514 S. Church Street
Suite 101
Charlotte, NC 28203

Smyrna Ready Mix Concrete, LLC
c/o Matthew M. McCoy, Esq.
319 Tattnall Street
Savannah, GA 31401

Southern Rebar & Suppliers
4615 Coster Rd.
Knoxville, TN 37912

SRM Concrete
1000 Hollingshead Circle
Murfreesboro, TN 37129

Superior Heating & Air
36 Persimmons Rd.
Suite 202
Bluffton, SC 29910

Sweet Gravy Trucking
PO Box 7057
Savannah, GA 31418

TEG Enterprises, Inc.
107 Gass Drive
Greeneville, TN 37745

Teresa Forrest
12 Charles Cross Way
Unit 5218
Bluffton, SC 29910

Tropical Trash
PO Box 22468
Hilton Head Island, SC 29925

Truist Card Services
PO Box 4986
Orlando, FL 32802

U.S. Securities and Exchange Comm
Office of Reorganization
950 East Paces Ferry Rd., N.E. Ste 900
Atlanta, GA 30326-1382

US Bank
PO Box 790408
St. Louis, MO 63179

VeriCore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078

Verizon
One Verizon Way
Mail Code:180WVB
Basking Ridge, NJ 07920

Waste Management Services
PO Box 43290
Phoenix, AZ 85080

Wells Fargo Financial
420 Montgomery Street
San Francisco, CA 94104

Williams, Buyck & Williams
PO Box 1909
Florence, SC 29503

World Diamond Source
2987 Center Port Circle
Suite 4 & 5
Pompano Beach, FL 33064

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District of South Carolina

**In re** Forrest Concrete, LLC

Case No. _____

**Debtor**

Chapter $^{11}$ _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $20,000.00 _____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $375.00 _____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

Above is retainer only.  Fees billed hourly as outlined in Application to Employ to be filed at a future date.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

  1) Adversary proceedings in the Bankruptcy Court; (2) Lawsuits or other legal proceedings before any other court or tribunal; (3) Appeals; and (4)
Matters involving material facts not disclosed at the time the Retainer Agreement was executed.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/24/2023

*Date*

/s/ W. Harrison Penn, District Ct. ID #11164

*Signature of Attorney*

McCarthy, Reynolds, & Penn, LLC

*Name of law firm*
1517 Laurel Street
PO Box 11332 (29211)
Columbia, SC 29201

**United States Bankruptcy Court**

**IN RE:**                                                    Case No._____

Forrest Concrete, LLC
_____ Chapter ___11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Michael P. Forrest<br>12761 152nd Avenue, Grand Haven, MI 49417 | 100.00 | Managing member |